**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX  75062**
**(214) 855-9200**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: | Case No:  24-33415-SWE-13 |
| **CHASATEE NICHOLE CARBAUGH** | Hearing Date:  1/16/2025 |
| Debtor | |

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation**

TO:      ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held on 1/16/2025**. Pre-hearing conferences will be held by phone and email the week of 1/16/2025.** Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **n later than 4:00 P. M.** on 01/15/2025.

Any objection to the Pleadings not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court on 1/16/2025 by Webex beginning at 2:00 P.M..

You may access the Webex Hearings at the following:
**Judge Larson - https://us-courts.webex.com/meet/larson**
**Access Webex Instructions at**
**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates**

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

**Debtor:**    CHASATEE NICHOLE CARBAUGH, 15287 HANGING TREE, TERRELL, TX  75161
**Attorney:**   GRAHAM LEGAL PLLC, 8501 WADE BLVD, STE 340, FRISCO, TX  75034-6265
**Court:**    CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242
**Trustee:**    TRUSTEE'S OFFICE, 105 DECKER CT, SUITE #1150, IRVING, TEXAS 75062

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 2**
**Case # 24-33415-SWE-13**
**CHASATEE NICHOLE CARBAUGH**

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

Debtor: CHASATEE NICHOLE CARBAUGH, 15287 HANGING TREE, TERRELL, TX 75161
Attorney: GRAHAM LEGAL PLLC, 8501 WADE BLVD, STE 340, FRISCO, TX 75034-6265
Creditors:
AIS PORTFOLIO SERVICES LP, BRIDGECREST CREDIT COMPANY, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118
BRIDGECREST ACCEPTANCE CORPORATION, AIS PORTFOLIO SERVICES LP, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118-7901
BRIDGECREST, 7300 EAST HAMPTON AVENUE, SUITE 100, MESA, AZ 85209-3324**
CAPITAL ONE BANK USA NA, AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118
CAPITAL ONE BANK, AMERICAN INFOSOURCE, PO BOX 71083, CHARLOTTE, NC 28272-1083**
CAPITAL ONE BANK, PO BOX 30285, SALT LAKE CITY, UT 84130**
CITIBANK, CITICORP CREDIT SERVICES, PO BOX 790040, SAINT LOUIS, MO 63179
COMENITY BANK, BANKRUPTCY DEPARTMENT, P O BOX 182125, COLUMBUS, OH 43218-2125**
CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193**
FIRST NATIONAL BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS, SD 57110-1003
FIRST SVGS BK-BLAZE, PO BOX 5096, SIOUX FALLS, SD 57117
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317**
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346**
JEFFERSON CAPITAL SYSTEM LLC, PO BOX 7999, SAINT CLOUD, MN 56302
JEFFERSON CAPITAL SYSTEM, 16 MCLELAND RD, ST CLOUD, MN 56303**
KAUFMAN COUNTY, CO LINEBARGER GOGGAN BLAIR AND, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207**
MERRICK BANK, PO BOX 9201, OLD BETHPAGE, NY 11804**
MIRAMED REVENUE GROUP, PO BOX 1411, CAROL STREAM, IL 60132-1411
NEBRASKA FURNITURE MART, NEBRASKA FURNITURE MART TEXAS, 5600 NEBRASKA FURNITURE MART DR, DEPT 08444, THE COLONY, TX 75056
NEBRASKA FURNITURE MART, PO BOX 3000, OMAHA, NE 68103
OWINGS AUTO, 519 E DIVISION ST, ARLINGTON, TX 76011
REGIONAL ACC, 1424 E FIRETOWER RD, GREENVILLE, NC 27858
ROBERTSON ANSCHUTZ SCHNEID CRANE ET AL, 13010 MORRIS RD, STE 450, ALPHARETTA, GA 30004
SELECT PORTFOLIO SERVICING, PO BOX 65250, SALT LAKE CITY, UT 84165**
SHEFFIELD FINANCIAL, PO BOX 1704, CLEMMONS, NC 27012-1704
SYNCHRONY BANK, PO BOX 965060, ORLANDO, FL 32896**
TARGET, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440**
TD AUTO FINANCE, PO BOX 100295, COLUMBIA, SC 29202
WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303 01A, DES MOINES, IA 50328-0001**

** Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

## Indicates address was identified by the USPS National Change of Address system as undeliverable and returned to the Trustees office. Notices will no longer be delivered to this address. The debtor's attorney or pro se debtor was advised that the specific notice was undeliverable.

Dated: 11/26/2024

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700