Nathan S. Graham
Graham Legal, PLLC
8501 Wade Blvd #340
Frisco, TX 75034
214-618-1700 Phone
214-291-5436 Fax

ATTORNEY FOR THE DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHASATEE NICHOLE CARBAUGH | § | CASE NO. 24-33415 |
| | § | |
| DEBTOR | § | CHAPTER 13 |

## DEBTOR'S OPPOSED RESPONSE TO OWINGS AUTO CENTER LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Chasatee Nichole Carbaugh, Respondent in the above-styled and numbered cause, and in response to The Motion for Relief from Stay of Owings Auto Center, LLC ("Movant"), Respondent would respectfully show:

1. The allegations of Movant contained in paragraphs 1 and 4 of the motion are admitted.

2. The allegations of Movant contained in paragraphs 8 and 11 of the motion are denied. Respondent would show that she can provide Movant with adequate protection by curing any delinquency that may be owed to Movant by way of an agreement or plan modification and providing proof of insurance.

3. The allegations of Movant contained in paragraphs 2, 3, 5, 6, 7, 9, and 10 of the motion may not be admitted or denied as the Respondent is without sufficient knowledge or

information to form a belief as to the truth and therefore make a qualified denial.

WHEREFORE, PREMISES CONSIDERED, Respondent respectfully prays that Movant's Motion for Relief from Stay be denied and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

By: /s/ Nathan S. Graham
Nathan S. Graham
SBOT No. 24065317
Graham Legal, PLLC
8501 Wade Blvd #340
Frisco, TX 75034
214-618-1700 Phone
214-291-5436 Fax
nathan@grahamlegalpllc.com

ATTORNEY FOR THE DEBTOR

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on December 26, 2024, a true and correct copy of the foregoing Response to Motion for Relief from Stay was served on the following parties in interest by first class mail or electronic notice:

Chasatee Nichol Carbaugh
15287 Hanging Tree
Terrell, TX 75161

Thomas Powers
105 Decker Court, Ste. 1150
Irving, TX 75062

US Trustee
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

Norred Law, PLLC
Clayton L. Everett
515 E. Border Street
Arlington, TX 76010

Attn: Bridgecrest Credit Company, LLC as Agent and Servicer for Carvana, LLC Department
AIS Portfolio Services, LLC
Account: XXXXXXXXX2303
4515 N Santa Fe Ave. Dept APS
Oklahoma City, OK 73118

Linebarger Goggan Blair & Sampson, LLC
Camille Stecker
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Wilcox Law, PLLC
Stephen Wilcox
P.O. Box 201849
Arlington, TX 76006

                                            By: /s/ Nathan S. Graham
                                            Nathan S. Graham